[Nos. 12629-3-III;   Division Three.   August 3, 1995.]
     12630-7-III.

THE STATE OF WASHINGTON, *Respondent*, v. FREDDY
RAY VASQUEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Whit-

man County, Nos. 90-1-00022-7 and 92-1-00023-1, Richard Miller, J., entered July 7, 1992. *Affirmed in part* and *remanded* by unpublished opinion per Schultheis, J., concurred in by Sweeney, A.C.J., and Munson, J.